# EXHIBIT A

## EXHIBIT A

## BETH HUDGENS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Orgy | Fiction (Dreams In Digital) | Vapor Transmission | 288-413 |
| Capitol Records, Inc. | Bob Seger | Like a Rock | Like a Rock | 76-353 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| UMG Recordings, Inc. | Sublime | Garden Grove | Sublime | 224-105 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Make Me Bad | Issues | 276-133 |