# EXHIBIT B

Case 2:06-cv-00632-WKW-DRB    Document 1-3    Filed 07/18/2006    Page 1 of 9

```
                    Hudgens.Beth - userlog - 78441789.txt
Log for User at address 68.117.177.178:6350 generated on 7/22/2005 12:30:45 AM EDT
(-0400 GMT)
Total Files: 391
-------------------------------
Total Audio Files: 379
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
-------------------------------
Total Matched Files: 11
Total Distinct Matches: 8


FileName: 01 Gangsta Love.mp3 (3,885,058 bytes)
FileName: 05 Super Charger Heaven.mp3 (3,472,669 bytes)
FileName: 06-Slim Thug feat. Paul Wall & Trey Songz - Already.mp3 (2,714,025 bytes)
FileName: 09-mike_jones_still_tippin_(instrumental)(real).mp3 (4,360,067 bytes)
FileName: 090 - Rage Against The Machine - Matrix Reloaded - Calm Like.mp3
(7,171,104 bytes)
FileName: 1 linkin park - hybrid theory - 05 - crawling.mp3 (5,015,638 bytes)
FileName: 10-boyz_n_da_hood-still_slizzard.mp3 (7,028,964 bytes)
FileName: 128 - Marilyn Manson - Mechanical Animals - I Dont Like the Drugs.mp3
(4,843,955 bytes)
FileName: 15 - Like Suicide.mp3 (6,737,886 bytes)
FileName: 2 Pac - Fuck All Yall.mp3 (4,362,206 bytes)
FileName: 2 Pac - Tupac - Dear Mama.mp3 (4,477,724 bytes)
FileName: 2 Pac - Tupac Shakur - Untill The End Of Time.mp3 (6,395,751 bytes)
FileName: 2 Pac Tupac - Changes.mp3 (5,385,196 bytes)
FileName: 213 - Snoop, Warren G, Nate Dogg - groupie love.mp3 (2,843,447 bytes)
FileName: 22 - Get Up.mp3 (2,754,625 bytes)
FileName: 2Pac & Biggie - Running (Eminem's Dying To Live Remix).mp3 (5,552,361
bytes)
FileName: 504 Boyz ft. Master P & Mystical - Wobble Wobble.mp3 (5,334,123 bytes)
FileName: 8 BaLL aNd MJG- yOu dOnT WaNt No dRaMa.mp3 (5,299,242 bytes)
FileName: ACDC - You Shook Me All Night Long.mp3 (3,366,243 bytes)
FileName: Alice In Chains - Heroin.mp3 (4,356,435 bytes)
FileName: Alice In Chains - No Excuses.mp3 (4,089,730 bytes)
FileName: alice in chains - Over Now (MTV Unplugged Live).mp3 (5,691,392 bytes)
FileName: Alice In Chains - Rooster.mp3 (5,987,904 bytes)
FileName: Alice In Chains - Rotten Apple.mp3 (6,702,897 bytes)
FileName: Alice In Chains - Them Bones.mp3 (2,392,944 bytes)
FileName: Alice In Chains - Would.mp3 (3,316,216 bytes)
FileName: Anthony Hamilton - Better Days.mp3 (4,374,347 bytes)
FileName: Anthony Hamilton - Charlene.mp3 (5,925,535 bytes)
FileName: anthony hamilton - coming from where i'm from.mp3 (5,785,775 bytes)
FileName: Anthony Hamilton - I Wanna Be with You.mp3 (4,813,217 bytes)
FileName: Anthony Hamilton - Since I Seent You.mp3 (4,704,911 bytes)
FileName: B. Gizzle A.K.A. B.G.- If I Want It.mp3 (6,034,349 bytes)
FileName: B5 - All I Do.mp3 (5,450,441 bytes)
FileName: b5 - U Got Me.mp3 (4,567,428 bytes)
FileName: Biggie Smalls - Juicy.mp3 (4,845,568 bytes)
FileName: Blacks on Blondes - Krystal Steal - Krystal steal blacks on blonds.mpg
(7,458,864 bytes)
FileName: Blind Melon - No Rain.mp3 (3,508,477 bytes)
FileName: Bob Seager - Against The Wind.mp3 (5,342,608 bytes)
FileName: Bob Seager - Turn The Page.mp3 (4,900,693 bytes)
FileName: Bob Seger - Like A Rock.mp3 (5,666,658 bytes)
FileName: Boyz In Da Hood - Straight Outta A-Town - 05 - Duck When I Buss.mp3
(5,666,501 bytes)
FileName: Boyz In Da Hood - Strait Outta A-Town - 09 - Get Em Jeezy.mp3 (4,104,632
bytes)
FileName: Boyz N Da Hood - ATL's Most Wanted - 19 - Lay It Down.mp3 (2,938,539
bytes)
                                    Page 1
```

```
                    Hudgens.Beth - userlog - 78441789.txt
FileName: Bun B Chamillionaire Slim Thug - In Money We Trust.mp3 (6,121,698 bytes)
FileName: Bush - Breath In Breath Out.mp3 (4,101,593 bytes)
FileName: Bush - Glycerine.mp3 (4,154,803 bytes)
FileName: Bush - Machinehead.mp3 (4,100,468 bytes)
FileName: Bush - Straight No Chaser.mp3 (7,690,169 bytes)
FileName: Bush - Swallowed.mp3 (4,654,521 bytes)
FileName: Butthole Surfers - Avalanche.mp3 (4,759,552 bytes)
FileName: Car Bomb.mp3 (3,096,576 bytes)
FileName: CCR - Fourtunate son.mp3 (2,263,040 bytes)
FileName: CCR - Proud Mary.mp3 (3,025,188 bytes)
FileName: Chevelle - Closure.mp3 (6,045,750 bytes)
FileName: Citizen Cope - Bullet And A Target.mp3 (6,377,600 bytes)
FileName: Citizen Cope - Contact.mp3 (4,167,680 bytes)
FileName: Citizen Cope - My Way Home.mp3 (3,006,864 bytes)
FileName: Citizen Cope - Penitentiary.mp3 (6,010,890 bytes)
FileName: Citizen Cope - Sideways.mp3 (6,762,482 bytes)
FileName: citizen cope - son's gonna rise.mp3 (3,900,481 bytes)
FileName: Crosby, Stills, Nash and Young - Southern Man.mp3 (5,275,898 bytes)
FileName: Crosby, Stills, Nash, & Young - Southern Cross.mp3 (4,554,211 bytes)
FileName: Crosby, Stills, Nash, and Young - Teach Your Children Well.mp3 (2,506,732 bytes)
FileName: Da Back Woods - You Gonna Luv Me.mp3 (3,541,412 bytes)
FileName: David Banner - Fuck Them Niggas (ft. Pastor Troy & Bone Crusher).mp3 (6,774,982 bytes)
FileName: Def Tones - Change.mp3 (6,025,191 bytes)
FileName: Deftones - Change.mp3 (4,792,380 bytes)
FileName: Deftones - Lucky You.mp3 (5,959,822 bytes)
FileName: Deftones-Minerva .mp3 (4,204,544 bytes)
FileName: Dirty - Keep It Pimp & Gangsta - 2 - Yall Boys ft. Pastor Troy.mp3 (7,434,368 bytes)
FileName: Dj Screw (Swisher House) - i got 5 on it (Screwed).mp3 (5,830,656 bytes)
FileName: DJ Smallz & Pitbull - Southern Smoke Pt.9 (Disc 2) - 12 - Paul Wall ft. Bun B Killer Mike - Dats What Dat Is.mp3 (5,320,903 bytes)
FileName: Do You See.mp3 (3,836,096 bytes)
FileName: Dope - Everything Sucks.mp3 (4,362,368 bytes)
FileName: Dope - Fuck Tha Police.mp3 (3,882,260 bytes)
FileName: Drama - Lef Right Left (Get On Up).mp3 (4,980,864 bytes)
FileName: Everlast - Ends.mp3 (4,367,369 bytes)
FileName: Everlast - What It's Like.mp3 (4,852,757 bytes)
FileName: Everlast - White Trash Beautiful.mp3 (3,799,214 bytes)
FileName: Everlast - Who Got the Hooch.mp3 (3,923,394 bytes)
FileName: Everlast-05-Babylon Feeling feat. Santana.mp3 (4,988,899 bytes)
FileName: Frazier Boy - Gone on That Bay - 01.mp3 (2,373,676 bytes)
FileName: Garden State Soundtrack - 01 - Coldplay - Don't Panic.mp3 (2,449,490 bytes)
FileName: Garden State Soundtrack - 02 - The Shins - Caring Is Creepy.mp3 (3,205,218 bytes)
FileName: Genuine - Ride My Pony.mp3 (4,031,344 bytes)
FileName: Geto Boys - The Foundation - 14 - dirty bitch.mp3 (6,282,574 bytes)
FileName: Geto Boys - Yes Yes Y'all (Dirty).mp3 (5,446,370 bytes)
FileName: Godsmack-The Other Side-07-Asleep.mp3 (6,036,784 bytes)
FileName: Good Eye Closed.mp3 (6,260,736 bytes)
FileName: Gorillaz - Clint Eastwood (FULL VERSION).MP3 (5,685,248 bytes)
FileName: Gorrillaz - Feel Good Inc..mp3 (3,576,218 bytes)
FileName: Guitar Solo.mp3 (1,408,144 bytes)
FileName: Haystack - fucked up.mp3 (3,029,078 bytes)
FileName: HAYSTACK- Life with no crime .mp3 (3,992,014 bytes)
FileName: Haystak - Brother Like Me.mp3 (5,150,891 bytes)
FileName: Haystak - Can't Tell Me Nothing.mp3 (4,326,632 bytes)
FileName: Haystak - dirty dirty.mp3 (3,888,778 bytes)
FileName: haystak- some of that.mp3 (3,256,320 bytes)
FileName: Haystak-Portrait of a White Boy-04-Broads & Alcohol.mp3 (5,368,674 bytes)
FileName: homebwoi ft b gizzle - what your heart beating for.mp3 (12,984,704 bytes)
                                    Page 2
```

```
                    Hudgens.Beth - userlog - 78441789.txt
FileName: hot babe high quality porn naked sorority girls college dick pussy vagina
nasty beastiality women sex xxx slut freak shit cindy crawford tits boobs fuck jenna
jamison ron jerem.mpg (6,445,060 bytes)
FileName: House of Pain - Jump Around (Cypress Hill Remix).mp3 (2,772,114 bytes)
FileName: House of Pain - Jump Around.mp3 (3,356,680 bytes)
FileName: ICP feat. Bone Thugs N Harmony, Tech N9ne, Esham & Kottonmouth Kings -
Thug Pit.mp3 (6,315,904 bytes)
FileName: ICP ft. Kottonmouth Kings - Weed War.mp3 (3,453,841 bytes)
FileName: Iggy Pop - Real Wild Child.mp3 (3,528,624 bytes)
FileName: Jamiriquai - Virtual Insanity.mp3 (3,607,822 bytes)
FileName: Janice Joplin - Leavin on a jet plane.mp3 (4,470,784 bytes)
FileName: Janis Joplin - Me And Bobby McGee.mp3 (4,372,210 bytes)
FileName: Janis Joplin - Son of a Preacher Man.mp3 (2,336,391 bytes)
FileName: Janis Joplin - White Rabbit (Woodstock 1969).mp3 (3,532,111 bytes)
FileName: Jay-Z - Big Pimpin.mp3 (4,606,336 bytes)
FileName: Jay-Z and Linkin Park- Encore vs. Numb.mp3 (5,055,135 bytes)
FileName: Joe feat. Mystical - Stutter.mp3 (6,485,682 bytes)
FileName: John Legend - Ordinary People.mp3 (6,766,384 bytes)
FileName: John Legend ft Kanye West - Number One.mp3 (4,797,512 bytes)
FileName: Kayne West - Diamonds.mp3 (3,841,379 bytes)
FileName: Kilo Ali - Dicky Ride.mp3 (3,646,659 bytes)
FileName: Kilo Ali - Love In Ya Mouth.mp3 (3,947,021 bytes)
FileName: Kilo ali - Nasty Dancer.mp3 (3,997,696 bytes)
FileName: Korn & Limp Bizkit - All In The Family.mp3 (4,610,352 bytes)
FileName: Korn & Marilyn Manson - Blair Witch (Eerie Mix).mp3 (4,626,432 bytes)
FileName: Korn - Adidas.mp3 (2,447,412 bytes)
FileName: KoRn - Did My Time.mp3 (5,830,659 bytes)
FileName: Korn - Freak On A Leash.mp3 (4,076,720 bytes)
FileName: Korn - Got The Life.mp3 (3,601,682 bytes)
FileName: Korn - Make Me Bad.mp3 (3,768,030 bytes)
FileName: Korn and Slipknot - Queen Of The Damned.mp3 (2,429,683 bytes)
FileName: Kotton Mouth Kings - Diddy Daddy.mp3 (4,702,040 bytes)
FileName: Kotton Mouth Kings - Life Aint What It Seems.mp3 (3,608,960 bytes)
FileName: Kotton Mouth Kings - Pimp Twist.mp3 (4,411,668 bytes)
FileName: Kotton Mouth Kings - Rest of my Life.mp3 (5,449,728 bytes)
FileName: kottonmouth - kings klick.mp3 (7,601,771 bytes)
FileName: kottonmouth kings & cypress hill - put it down.mp3 (4,740,933 bytes)
FileName: Kottonmouth Kings - Bad Habits.mp3 (3,710,976 bytes)
FileName: Kottonmouth Kings - Bump.mp3 (4,059,219 bytes)
FileName: Kottonmouth Kings - Day Dreamin' Fazes.mp3 (3,867,504 bytes)
FileName: Kottonmouth Kings - Fire It Up.mp3 (6,323,503 bytes)
FileName: Kottonmouth Kings - First Class.mp3 (3,336,192 bytes)
FileName: Kottonmouth Kings - Killa Kali.mp3 (4,156,990 bytes)
FileName: Kottonmouth Kings - Life Rolls On.mp3 (4,777,945 bytes)
FileName: Kottonmouth Kings - Peace Not Greed.mp3 (7,109,909 bytes)
FileName: Kottonmouth Kings - Rest of my Life.mp3 (5,449,728 bytes)
FileName: Kottonmouth Kings - Sleepers.mp3 (3,278,848 bytes)
FileName: Kottonmouth Kings - Zero Tolerance.mp3 (3,054,532 bytes)
FileName: KottonMouth Kings- New Destination.mp3 (5,933,017 bytes)
FileName: Kottonmouth Kings- Pakelika (weed theme).mp3 (3,057,212 bytes)
FileName: Kottonmouth Kings_High Society_11_King's Blend.mp3 (3,887,104 bytes)
FileName: Lil Boosie And Webbie - Gangsta Musik - 05 - Bad Bitch.mp3 (6,035,039
bytes)
FileName: Lil John - Crunk Juice - 02 - Get Crunk.mp3 (4,964,352 bytes)
FileName: Lil john and the eastside boys - i like them hoez.mp3 (4,638,002 bytes)
FileName: Lil Jon & Eastside Boys - Bia Bia (Dirty).mp3 (4,753,408 bytes)
FileName: Lil Jon & The Eastside Boyz - Roll Call ft. Ice Cube.mp3 (5,078,016 bytes)
FileName: Lil Jon and the eastside boyz - put yo hood up remix featuring jadakiss
petey pablo chyna whyte.mp3 (4,912,112 bytes)
FileName: Lil Jon ft. Obie-Oh Nana Nana(I'm So Horny).mp3 (4,641,563 bytes)
FileName: Lil Rok - Mrs. Jones.mp3 (4,102,144 bytes)
FileName: Lil Scrappy - No Problems (Chopped & Screwed).mp3 (3,233,033 bytes)
FileName: Lil Wayne and pastor troy - We Ready NEW!!! .mp3 (5,254,919 bytes)
                                  Page 3
```

```
                     Hudgens.Beth - userlog - 78441789.txt
FileName: Lil Wayne(screwed) - Go DJ(1).mp3 (5,689,226 bytes)
FileName: Lil Whyte- Ten Toes Tall.mp3 (6,797,397 bytes)
FileName: lil wyte - Car Full of White Boys.mp3 (4,458,874 bytes)
FileName: Lil Wyte - I Sho Will (Dirty).mp3 (4,706,475 bytes)
FileName: lil wyte - i sho will.mp3 (4,837,419 bytes)
FileName: Lil Wyte - Look Like You.mp3 (4,141,056 bytes)
FileName: Lil Wyte - Oxycotten.mp3 (4,657,822 bytes)
FileName: Lil Wyte - Phinally Phamous - 05 - Ice White Soljas.mp3 (4,259,840 bytes)
FileName: Lil Wyte - Phinally Phamous - 09 - Static Addict.mp3 (4,270,744 bytes)
FileName: Lil Wyte - Zero Tolerance.mp3 (3,497,267 bytes)
FileName: Lil wyte ft. Lil flip - i sho will rmx.mp3 (5,888,925 bytes)
FileName: Lil Wyte- White Bastard.mp3 (5,576,259 bytes)
FileName: Lil Wyte-Doubt Me Now.mp3 (3,996,276 bytes)
FileName: Lil' John and The Eastside Boys - I Dont Give A Fuck.mp3 (6,454,528 bytes)
FileName: Lil.Wyte-I.Sho.Will.VCDWebrip-dedly.mpg (39,770,612 bytes)
FileName: Linkin Park - Faint.mp3 (3,890,122 bytes)
FileName: Linkin Park - In The End.mp3 (3,463,168 bytes)
FileName: Linkin Park - Numb.mp3 (4,499,832 bytes)
FileName: Linkin Park - Somewhere I Belong.mp3 (3,446,784 bytes)
FileName: Linkon Park - One Step Closer.mp3 (3,741,918 bytes)
FileName: Lucky Luciano ft. Paul Wall & Chamillion - Playa Roll.mp3 (5,102,759 bytes)
FileName: Ludacris - The Red Light District - 13 - Pimpin' All Over The World (Feat. Bobby V.).mp3 (8,733,771 bytes)
FileName: Luniz, TooShort, and E- 40 - I Got 5 On It.mp3 (3,586,578 bytes)
FileName: Lynard Skynard - Comin Home.mp3 (5,310,464 bytes)
FileName: Lynard skynard - Lynerd Skynerd - Whats your name.mp3 (3,379,330 bytes)
FileName: lynard skynard - that smell.mp3 (4,469,128 bytes)
FileName: Lynerd Skynerd - Free Bird.mp3 (9,696,412 bytes)
FileName: Lynerd Skynerd - Tuesday's Gone.mp3 (11,393,024 bytes)
FileName: Lynerd Skynerd-Sweet Home Allabama.mp3 (4,552,350 bytes)
FileName: maceo-go sit down.mp3 (5,377,193 bytes)
FileName: Magic Ft Young Bloodz & Roy Jones-I Smoke I Drank - Screwed - Chopped - ScrewLab.mp3 (5,691,316 bytes)
FileName: Mariah Carey - Through The Rain.mp3 (4,480,232 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,018,366 bytes)
FileName: Marilyn Manson - Angel With The Scabbed Wings.mp3 (3,719,161 bytes)
FileName: Marilyn Manson - Coma White.mp3 (5,450,735 bytes)
FileName: Marilyn Manson - Lithium (Nirvana Cover).mp3 (1,169,604 bytes)
FileName: Marilyn Manson - Suicide Is Painless.mp3 (2,713,600 bytes)
FileName: Marilyn Manson - The Dope Show.mp3 (3,620,105 bytes)
FileName: Marilyn Manson - Valentine's Day.mp3 (5,177,344 bytes)
FileName: Maroon 5 - Sunday Mornings.mp3 (4,022,272 bytes)
FileName: Maroon 5 - This Love.mp3 (4,268,703 bytes)
FileName: Marshall Tucker Band - Can't You See (1).mp3 (5,846,413 bytes)
FileName: Marshall Tucker Band - Take A Load Off Annie.mp3 (4,386,592 bytes)
FileName: Marshall Tucker Band - The Night They Drove Old Dixie Down.mp3 (3,359,973 bytes)
FileName: Marylin Manson - Sweet Dreams.mp3 (4,702,208 bytes)
FileName: Marylin Manson - The Beautiful People.mp3 (3,450,088 bytes)
FileName: Marylin Manson - The Dope Show.mp3 (3,624,201 bytes)
FileName: master p - i miss my homies.mp3 (5,171,119 bytes)
FileName: Master P - Make Em Say Uhhh.mp3 (4,886,778 bytes)
FileName: Master P - Them Jeans.mp3 (5,074,825 bytes)
FileName: Master P- I Need Dubs.mp3 (9,744,718 bytes)
FileName: masterp - Burbons and Lacs.mp3 (4,014,046 bytes)
FileName: Metalica - Enter Sandman.mp3 (5,305,283 bytes)
FileName: Metalica - Fuel.mp3 (4,264,147 bytes)
FileName: Metalica - One.mp3 (7,119,226 bytes)
FileName: Methods of Mayhem - Get Naked.mp3 (3,226,935 bytes)
FileName: Mike Jones & Magno - 24's Flow.mp3 (3,838,205 bytes)
FileName: Mike Jones & Paul Wall - Still Tippin.mp3 (6,404,057 bytes)
FileName: Mike Jones - Got Me A Model.mp3 (3,946,875 bytes)
                                    Page 4
```

```
                    Hudgens.Beth - userlog - 78441789.txt
FileName: Mike Jones - Knockin Niggaz Out (ft.Roy Jones Jr).mp3 (3,737,645 bytes)
FileName: Mike Jones - riddin spinnaz.mp3 (4,864,801 bytes)
FileName: mike jones - runnin the game 25 - Walked Out of Heaven.mp3 (1,702,852
bytes)
FileName: Mike Jones - Runnin' Tha Game - 2004 - 08 - Get It On Da Floor Flow Ft.
Paul Wall.mp3 (3,153,126 bytes)
FileName: Mike Jones - Throw It Up.mp3 (2,515,917 bytes)
FileName: Mike Jones - Who Is Mike Jones.mp3 (4,427,776 bytes)
FileName: Mike Jones Bun B- Bump This In Your Cadillac.mp3 (4,369,385 bytes)
FileName: Mike Jones feat Paul Wall- Got Me A Model.mp3 (3,946,875 bytes)
FileName: Mike Jones ft. Roy Jones Jr. - knockin' niggas out.mp3 (3,741,485 bytes)
FileName: Mike Jones, Paul Wall, & Slim Thug - Still tippin' (screwed).mp3
(5,016,391 bytes)
FileName: Mike Jones-Dick Dont Fail Me Now.mp3 (5,151,683 bytes)
FileName: Miracle - feat. Pastor Troy - Bounce.mp3 (5,015,552 bytes)
FileName: Miri Ben-Ari ft Scarface & Anthony Hamilton - Sunshine To The Rain.mp3
(8,011,486 bytes)
FileName: Mudvane - Dig.mp3 (2,624,451 bytes)
FileName: Mudvayne- Not falling.mp3 (5,851,292 bytes)
FileName: Mystical-Danger.mp3 (5,080,854 bytes)
FileName: Nate Dogg and Warren G - Nobody Does It Better (1).mp3 (3,675,368 bytes)
FileName: Nick Cannon ft. Anthony Hamilton- Can I Live.mp3 (4,244,522 bytes)
FileName: Nick Cannon ft. R. Kelly - Gigolo.mp3 (4,845,730 bytes)
FileName: Nick Cannon ft. Ying Yang Twins- Get Crunk Shorty.mp3 (5,986,835 bytes)
FileName: Nine Inch Nails - Closer.mp3 (5,968,875 bytes)
FileName: Nine Inch Nails - Fuck You Like an Animal.mp3 (5,968,036 bytes)
FileName: Nirvana - Come As You Are.mp3 (3,512,757 bytes)
FileName: no doubt - sunday morning.mp3 (4,371,017 bytes)
FileName: OMC - How Bizzare.mp3 (4,091,904 bytes)
FileName: Orgy - Fiction (Dreams In Digital).mp3 (3,304,513 bytes)
FileName: Orgy - Stitches.mp3 (3,209,636 bytes)
FileName: Papoose - Hate it or love it freestyle.mp3 (3,867,821 bytes)
FileName: Pastor Troy - Face Off Pt. 2 - 03 - Murder Man.mp3 (7,117,286 bytes)
FileName: Pastor Troy - Face Off Pt. 2 - 14 - Acid Rain Ft. Sky (In Loving Memory Of
Kurt Kobain).mp3 (6,974,554 bytes)
FileName: Pastor Troy - Intoxicated.mp3 (2,676,864 bytes)
FileName: Pastor Troy - Pop That Pussy (1).mp3 (3,917,952 bytes)
FileName: Pastor Troy - Vica Versa.mp3 (6,323,500 bytes)
FileName: Pastor Troy - You Can't Pimp Me.mp3 (6,243,398 bytes)
FileName: Pastor Troy-Face Off Pt. 2 - 10 - Just To Fight.mp3 (6,235,243 bytes)
FileName: Paul Wall - Sittin Sideways.mp3 (6,318,148 bytes)
FileName: paul wall - sitting side ways.wma (3,734,817 bytes)
FileName: Paul Wall - The Mack Compilation - 2004 - 14 - Picture Me Rollin.mp3
(1,278,623 bytes)
FileName: Paul Wall - They Dont Know (ft. Mike Jones).mp3 (5,349,870 bytes)
FileName: Paul Wall And Chamillionaire - Weatherman.mp3 (1,882,070 bytes)
FileName: pearl jam - daytripper (live with oasis).mp3 (3,674,112 bytes)
FileName: Petey Pablo - Raise Up (North Carolina Dirty).mp3 (6,594,432 bytes)
FileName: Petey Pablo - Vibrate.mp3 (3,752,064 bytes)
FileName: players club - Splakaveli.mp3 (3,106,816 bytes)
FileName: Presidents of the United States of America - Lump.mp3 (2,119,342 bytes)
FileName: Presidents of the United States of America - Peaches.mp3 (2,705,738 bytes)
FileName: Project Pat - Life We Live (1).mp3 (4,102,826 bytes)
FileName: Project pat - smokin out.mp3 (5,048,192 bytes)
FileName: Punk & Ska Covers - Sublime - Daytripper (Beatles) (1).mp3 (2,334,408
bytes)
FileName: R. Kelly - I Wish.mp3 (4,010,341 bytes)
FileName: R. Kelly - Trapped In The Closet Pt. 1 2 3 4 5.mp3 (14,018,191 bytes)
FileName: R.Kelly - I Belive I Can Fly.mp3 (3,336,192 bytes)
FileName: Rage Against The Machine - Bulls On Parade.mp3 (1,853,621 bytes)
FileName: Rage Against The Machine - Guerilla Radio (1).mp3 (3,289,841 bytes)
FileName: Rage Against the Machine - Sleep Now In The Fire.mp3 (4,936,955 bytes)
FileName: Rage Against The Machine - Testify.mp3 (5,040,397 bytes)
                                    Page 5
```

```
                         Hudgens.Beth - userlog - 78441789.txt
FileName: rap-Dirty boys - Bendin' Corners.mp3 (4,395,136 bytes)
FileName: Rehab- Mission Impossible.mp3 (727,040 bytes)
FileName: Rob (white) Zombie -- Thunderkiss '65.mp3 (4,130,400 bytes)
FileName: Rob Zombie - More Human Than Human.mp3 (4,271,541 bytes)
FileName: Rob-White Zombie - Living Dead Girl.mp3 (3,215,161 bytes)
FileName: Rock- Marilyn Manson - Beautiful People.mp3 (3,449,834 bytes)
FileName: Roy Jones Jr Presents - Body Head Bangerz Vol 1 - Can't Be Touched.mp3
(5,198,959 bytes)
FileName: Roy Jones Jr Presents - Body Head Bangerz Vol 1 - Go Hard Go Home.mp3
(7,842,133 bytes)
FileName: Santana & Everlast - Hey Now.mp3 (4,563,013 bytes)
FileName: savage garden - to the moon and back.mp3 (5,452,277 bytes)
FileName: Scarface - On My Block .mp3 (5,077,705 bytes)
FileName: Scarface - The Fix - 04 - Guess Who's Back Ft Jay-Z.mp3 (6,134,723 bytes)
FileName: Slim Thug - Already Platinum - Like A Boss.mp3 (4,321,437 bytes)
FileName: slim thug - already platinum - put ya up ma.mp3 (6,599,541 bytes)
FileName: Slim Thug ft. Jay-z - I Ain't Heard of That remix.mp3 (7,085,662 bytes)
FileName: Snoop Doggy Dogg - Ghetto Symphony Feat. Mia X, Fiend, C-Murder, Silk the
Shocker, Mystical & Goldie Loc.mp3 (5,435,392 bytes)
FileName: Soundgarden - Blow Up The Outside World.mp3 (5,533,071 bytes)
FileName: Soundgarden - Burden In My Hand.mp3 (4,640,181 bytes)
FileName: Soundgarden - Fell On Black Days.mp3 (4,519,520 bytes)
FileName: Soundgarden - Jesus Christ Pose.mp3 (5,613,242 bytes)
FileName: Soundgarden - Outshined.mp3 (4,968,338 bytes)
FileName: Soundgarden - Pretty Noose.mp3 (4,057,153 bytes)
FileName: Soundgarden - Rhinosaur.mp3 (7,781,085 bytes)
FileName: Soundgarden - Say Hello 2 Heaven.mp3 (8,139,093 bytes)
FileName: Soundgarden - Spoonman.mp3 (3,960,614 bytes)
FileName: Soundgarden - The Day I Tried To Live.mp3 (5,110,770 bytes)
FileName: South Park Mexican (SPM) - Time Is Money - Medicine.mp3 (4,841,639 bytes)
FileName: South Park Mexicans (SPM) - Eminem's Mom.mp3 (1,038,405 bytes)
FileName: South Park Mexicans (SPM) - Filthy Rich.mp3 (4,614,365 bytes)
FileName: South Park Mexicans (SPM) - High So High.mp3 (3,707,480 bytes)
FileName: South Park Mexicans (SPM) - Hillwood Hustlaz.mp3 (2,976,040 bytes)
FileName: South Park Mexicans (SPM) - Mary-go-Round.mp3 (4,186,279 bytes)
FileName: South Park Mexicans (SPM) - Streets On Beats.mp3 (5,039,393 bytes)
FileName: South Park Mexicans (SPM) - Wiggy Wiggy.mp3 (4,386,107 bytes)
FileName: South Park Mexicans (SPM) - You Know My Name.mp3 (4,549,486 bytes)
FileName: South Park Mexicans - Bloody War.mp3 (4,106,833 bytes)
FileName: South Park Mexicans - City of Dank.mp3 (3,623,872 bytes)
FileName: Southern Smoke 17 - Texas Mixtape - 09 - Slim Thug, Boss Hogg Outlawz -
Dem Boyz In Blue.mp3 (8,814,078 bytes)
FileName: SPM - Tha 3rd Wish - 09 - Land Of Tha Lost.mp3 (3,905,647 bytes)
FileName: SPM- Nasty Girl.mp3 (2,961,300 bytes)
FileName: Still Tippin' (Remix) (Feat. 50 Cent, Young Buck, Paul Wall and Mike
Jones).mp3 (8,267,199 bytes)
FileName: STP - Half the Man I Used to be.mp3 (5,330,183 bytes)
FileName: Sublime - April 26, 1992.mp3 (3,726,310 bytes)
FileName: Sublime - Garden Grove.mp3 (4,183,796 bytes)
FileName: Sublime - Santaria.mp3 (2,928,636 bytes)
FileName: Sublime - Summertime.mp3 (4,038,031 bytes)
FileName: Sublime - What I got.mp3 (2,737,632 bytes)
FileName: Sublime - Wrong Way.mp3 (2,178,064 bytes)
FileName: Swisha House - Wreckin Shit - Chopped Flows Vol 4 - 2003 -
14-mike_jones-freestyle-atx.mp3 (2,913,798 bytes)
FileName: T.I. - Grand Hustle Mixtape - 08 - 2 Glock 9's.mp3 (3,919,957 bytes)
FileName: T.I. - Grand Hustle Mixtape - 09 - Lacs & Prices Feat Slow Motion.mp3
(5,998,615 bytes)
FileName: T.I. Urban Legend - 01- U Dont Know Me (SCREWED AND CHOPPED DJ
PLATINUM).mp3 (4,873,866 bytes)
FileName: T.I. Urban Legend - 16 - Bring Em Out (SCREWED AND CHOPPED DJ
PLATINUM).mp3 (5,244,970 bytes)
FileName: T.I.- Urban Legend - 04 - ASAP.mp3 (6,826,864 bytes)
                                      Page 6
```

```
                    Hudgens.Beth - userlog - 78441789.txt
FileName: Temple Of The Dog - Hungerstrike (Pearl Jam & Soundgarden).mp3 (3,450,496
bytes)
FileName: The Darkness - I Believe In a Thing Called Love.mp3 (5,497,332 bytes)
FileName: The Marshall Tucker Band - Can't You See (Blow Soundtrack).mp3 (5,847,052
bytes)
FileName: Three 6 Mafia - Triple Six Anthem.MP3 (1,695,285 bytes)
FileName: Three 6 Mafia ft. Trillville & Lil Wyte - Who I Is.mp3 (6,459,875 bytes)
FileName: Three Six Mafia feat Too Short - Undercover Freaks.mp3 (3,236,343 bytes)
FileName: Three Six Mafia & Fiend (Da Headbussaz) - Dats How It Happened To 'M -
(Bring Sally Up Remix)Get The Fuck Out My Face.mp3 (4,878,088 bytes)
FileName: Three Six Mafia & Fiend - Get The Fuck Out My Face.mp3 (4,878,088 bytes)
FileName: Three Six Mafia - 2 Way Freak (NEW Choices sdtk single)(1).mp3 (6,539,392
bytes)
FileName: Three Six Mafia - Bin Laden.mp3 (7,204,907 bytes)
FileName: Three Six Mafia - Choices - 03 - M.A.F.I.A . (Hypnotize Camp Posse).mp3
(5,156,455 bytes)
FileName: Three Six Mafia feat Twista - Smoked Out.mp3 (3,809,536 bytes)
FileName: TI - 24 - Chopped and Screwed.mp3 (8,919,249 bytes)
FileName: Tony Yayo ft. 50 Cent - So Seductive.mp3 (3,454,015 bytes)
FileName: Tool - Sober.mp3 (4,848,744 bytes)
FileName: Tool - Sweat.mp3 (3,636,316 bytes)
FileName: Trick Daddy feat. T.I., Young Jeezy & Kase-Legacy - Keep Fuckin'
Around.mp3 (5,051,125 bytes)
FileName: Trilville- Get On My Level (Chopped and Screwed).mp3 (5,356,146 bytes)
FileName: Triple 6 Mafia feat Project Pat- North North (part 2).wma (2,240,436
bytes)
FileName: Tu Pac - All Eyes On Me (Disk 2) - 09 - Ratha Be Ya Nigga.mp3 (4,078,864
bytes)
FileName: Tu Pac - Makevelli.mp3 (4,966,035 bytes)
FileName: Tu Pac - Till the End of Time.mp3 (5,265,370 bytes)
FileName: Tupac - All Eyes On Me (Screwed And Chopped Up) By DJ Screw.mp3 (3,536,418
bytes)
FileName: Tupac - Changes.mp3 (4,309,705 bytes)
FileName: Tupac - Keep Ya Head Up.mp3 (5,287,602 bytes)
FileName: Tupac - Only God Can Judge Me.mp3 (4,739,298 bytes)
FileName: Tupac - Thugs Mansion.mp3 (3,946,789 bytes)
FileName: Tupac Shakur - 2 Pac - Str8 Ballin' (1).mp3 (4,870,144 bytes)
FileName: Tupac- Keep your Head Up.mp3 (3,192,832 bytes)
FileName: ugk - Don't Say Shit.mp3 (6,624,425 bytes)
FileName: UGK - One Day Your Here, Then Your Gone.mp3 (5,185,617 bytes)
FileName: UGK - South Side.mp3 (3,960,960 bytes)
FileName: UGK Ludacris - 09 - Stick Em Up.mp3 (7,324,653 bytes)
FileName: Verve Pipe - The Freshman.mp3 (4,300,092 bytes)
FileName: Warren G - I Shot The Sherrif (EPMD Remix).mp3 (3,294,354 bytes)
FileName: Warren G - Regulate.mp3 (3,982,733 bytes)
FileName: Warren G - Somethin To Bounce To.mp3 (4,906,550 bytes)
FileName: Warren G f. Snoop, Dre, Xibit, Nate Dogg - The Game Dont Wait (remix).mp3
(5,406,998 bytes)
FileName: Warren G- i want it all.mp3 (4,294,240 bytes)
FileName: White Zombie - Astrocreep.mp3 (4,139,212 bytes)
FileName: Ying Yang Twins - Wait.mp3 (2,622,063 bytes)
FileName: Young Bloodz - Lean Low.mp3 (3,791,770 bytes)
FileName: Young Jeezy - 22's Or Better.mp3 (5,797,060 bytes)
FileName: Young Jeezy - Trap Or Die - 03 - Get Ya Mind Right.mp3 (5,061,399 bytes)
FileName: Young Jeezy - Trap Or Die - 05 - Im Rich Bitch.mp3 (5,683,200 bytes)
FileName: Sarah Evans-I Could Not Ask for More.mp3 (6,947,725 bytes)
FileName: Jesse McCartney - Come To Me .mp3 (3,719,254 bytes)
FileName: Papa Roach - Getting Away With Murder.mp3 (5,459,842 bytes)
FileName: Sarah Evans - Perfect.mp3 (5,809,882 bytes)
FileName: Haystack - Cool People.mp3 (3,722,431 bytes)
FileName: Haystack - Came a long way.mp3 (4,337,964 bytes)
FileName: Haystak-Portrait-Fight, Write, Die.mp3 (4,577,570 bytes)
FileName: HayStack - 06 Different Kinda Lady.mp3 (4,931,169 bytes)
                                       Page 7
```

```
                         Hudgens.Beth - userlog - 78441789.txt
FileName: Haystak - Love You Like.mp3 (3,958,784 bytes)
FileName: 11 - Coldplay - Speed of Sound.mp3 (7,465,626 bytes)
FileName: Haystack - White Boy.mp3 (6,578,930 bytes)
FileName: Haystak - Wish you could see Me.mp3 (5,122,742 bytes)
FileName: 03 White Shadows.mp3 (9,156,609 bytes)
FileName: Cold Play - Parachutes.mp3 (2,448,651 bytes)
FileName: Coldplay - Trouble.mp3 (4,334,782 bytes)
FileName: Jesse McCartney - Without You.mp3 (3,126,588 bytes)
FileName: Jesse McCartney - Shes No You.mp3 (3,448,249 bytes)
FileName: Submersed - Hollow.mp3 (6,486,166 bytes)
FileName: Crossfade - Cold.mp3 (4,741,833 bytes)
```