AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

**WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv632-WKW-DRB

     **v.**

**BETH HUDGENS**


TO:

**BETH HUDGENS**
**2802 Biltmore Ave.**
**Montgomery, AL 36109**


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY


**Dorman Walker  (Bar # WAL086)**
**Kelly F. Pate (Bar # FIT014))**
**BALCH & BINGHAM LLP**
**105 Tallapoosa Street, Suite 200**
**P.O. Box 78 (36101)**
**Montgomery, Alabama 36104**


an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


*Debra P. Hackett*

_____
CLERK

(BY) DEPUTY CLERK

7/19/06
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐    Returned unexecuted _____
_____
_____

☐    Other (specify) _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                   *Signature of Server*

                                              _____
                                              *Address of Server*

_____

1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.