**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | | | |
|---|---|---|---|
| To: | BALCH & BINGHAM, LLP<br>105 TALLAPOOSA STREET SUITE 200<br>MONTGOMERY, AL 36104 | Date:<br>Dispatcher: | Aug 18 2006<br>Jana P.<br>JanaP@abclegal.com<br>800-315-4874 |
| Attention:<br>Client Ref: | Kelly F. Pate | Tracking #: | 3815357 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | BETH HUDGENS |
| Person Served: | Robert Hudgens Son, Age 19, wm, 5.8, 155lbs, brown Hair |
| Served By: | Christopher Manning |
| Service Date: | Aug 7 2006 5:25PM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 2802 BILTMORE AVE  MONTGOMERY county of County ALABAMA 36109 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,   Plaintiff / Petitioner<br>vs.<br>BETH HUDGENS   Defendant / Respondant |
| Case Number: | 2:06CV632-WKW-DRB |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>v.<br><br>BETH HUDGENS | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: 2:06cv632-WKW-DRB |

TO:

BETH HUDGENS
2802 Biltmore Ave.
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014))
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE: 7/19/06

AO-440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  7 August 2006 |
| NAME OF SERVER  Christopher Manning | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left  Robert Hudgens - Son

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL  20.00 | SERVICES  30.00 | TOTAL  $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 Aug 06
             Date

Signature of Server: Christopher A. Manning

Address of Server: 115 Higginbotham Rd, Empire Al 35063

___

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**BETH HUDGENS**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **2:06CV632-WKW-DRB**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of August, 2006, at 5:25 PM**, at the address of **2802 BILTMORE Avenue , MONTGOMERY**, Montgomery County, **AL 36109**; this declarant served the above described documents upon **BETH HUDGENS,** by then and there personally delivering 1 true and correct copy (ies) thereof, by then presenting to and leaving the same with **Robert Hudgens, Son, Age 19, wm, 5.8, 155lbs, brown Hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Alabama_ that the statement above is true and correct.

DATED this **15th day of August, 2006.**

_Christopher Manning_
**Christopher Manning, Montgomery, Alabama**

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen**<br>**RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **3815357** |

_Kay D. Bonta_
KAY D. BONTA
Notary Public, AL State-at-Large
My Comm. Expires Nov. 19, 2007