IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>BETH HUDGENS,<br><br>Defendant. | Civil Action No.: 2:06-cv-632 |

## NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1.  Judgment Creditors, WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT and Judgment Debtor, BETH HUDGENS stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2.  The Stipulated Judgment includes a monetary payment.

3.  Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

172358.1

|  |  | Respectfully submitted, |
|---|---|---|
| DATED: | October 5, 2006 | s/ Kelly F. Pate |
|  |  | Dorman Walker (Bar # WAL086) |
|  |  | Kelly F. Pate (Bar # FIT014) |
|  |  | BALCH & BINGHAM LLP |
|  |  | 105 Tallapoosa St., Suite 200 |
|  |  | P.O. Box 78 (36101-0078) |
|  |  | Montgomery, Alabama 36104 |
|  |  | Telephone: (334) 269-3130 |
|  |  | Fax: (334) 313-6056 |

ATTORNEYS FOR PLAINTIFFS

172358.1